Order filed November 5, 2015



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00904-CV
_____

## IN THE INTEREST OF B.J.C., G.J.C., AND G.E.C., CHILDREN

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2009-04768J**

## O R D E R

This is an appeal from a judgment signed September 30, 2015. The notice of appeal was due October 20, 2015. *See* Tex. R. App. P. 26.1(B). Appellant, however, filed the notice of appeal on October 23, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation

to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM